

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Elizabeth Sangrey Gray and Tommy Dean Gray, Jr., Appellants

No. 06-13-00043-CV        v.

Verna Pauline Sangrey, Appellee

Appeal from the 276th District Court of Marion County, Texas (Tr. Ct. No. 10-00006).    Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellants, Elizabeth Sangrey Gray and Tommy Dean Gray, Jr., pay all costs of this appeal.

RENDERED FEBRUARY 20, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk